**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **ELECTRONIC RECEIPTS DELIVERY SYSTEMS, LLC,** | Civil Action No.: 5:20-cv-00775-BYP |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **THE CHILDREN'S PLACE, INC.,** | |
| Defendant. | |

**UNOPPOSED MOTION TO STAY**
**ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Electronic Receipts Delivery Systems, LLC, by and through undersigned counsel and subject to the approval of this Court, hereby files this Unopposed Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

All matters in controversy between Plaintiff and Defendant The Children's Place, Inc. have been settled in principle. The parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within forty-five (45) days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, until August 10, 2020. Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff conferred with Defendant about the issues presented here. Defendant indicated that it was not opposed to the relief sought herein.

Dated: June 29, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SAND, SEBOLT & WERNOW CO., LPA

　　　　　　　　　　　　　　　　　　　　*/s/ Howard L. Wernow*
　　　　　　　　　　　　　　　　　　　　Howard L. Wernow
　　　　　　　　　　　　　　　　　　　　Aegis Tower - Suite 1100
　　　　　　　　　　　　　　　　　　　　4940 Munson Street, N. W.
　　　　　　　　　　　　　　　　　　　　Canton, Ohio 44718
　　　　　　　　　　　　　　　　　　　　Phone: 330-244-1174
　　　　　　　　　　　　　　　　　　　　Fax: 330-244-1173
　　　　　　　　　　　　　　　　　　　　Howard.Wernow@sswip.com

　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on June 29, 2020.

　　　　　　　　　　　　　　　　　　　　*/s/ Howard L. Wernow*
　　　　　　　　　　　　　　　　　　　　Howard L. Wernow